170 So.2d 509

Henry Farley CLOUD

v.

Cleighton L. BUSHNELL.

No. 47549.

Jan. 18, 1965.

In re: Henry Farley Cloud applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 168 So.2d 275.

Writ refused. There is no error of law in the judgment complained of.

170 So.2d 509

Johnny L. RIVERS

v.

L. T. BROWN et al.

No. 47565.

Jan. 18, 1965.

In re: L. T. Brown, L. T. Brown Contractor, Inc., and The Travelers Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Sabine. 168 So.2d 400.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

SUMMERS, J., is of the opinion that the writ should be granted on the question of insurance coverage only.